AO 93   (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br><br>*3209 S 79ᵗʰ E. Ave, Room #121, Tulsa, OK 74145* | )<br>)<br>)<br>)<br>) | Case No. 25-mj-744-CDL<br>**FILED UNDER SEAL** |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____Oklahoma_____
*(identify the person or describe the property to be searched and give its location)*:
          See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
          See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     ~~September 17, 2025~~
                                                                                              *(not to exceed 14 days)*

☑ in the daytime, 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night as I find reasonable cause has been
                                                                   established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Christine D. Little_____ .
                *(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
                                        ☐ for _____ days *(not to exceed 30)*.
                                        ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     ~~September 3, 2025~~
                                      ~~@ 11:06am~~ _____
                                                                                    *Judge's signature*

City and state:    Tulsa, Oklahoma _____        _____Christine D. Little_____
                                                                                          *Printed name and title*

AO 93   (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>25-MJ-744-CDL | Date and time warrant executed:<br>9/8/2025 / 10:00 AM | Copy of warrant and inventory left with:<br>Hotel Room |

Inventory made in the presence of :

SA Scott Angstadt

Inventory of the property taken and name of any person(s) seized:

See attached property receipt.

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/15/2025                             *Zach Balser*
                                               *Executing officer's signature*

                                  SA Zachariah Balser, FBI
                                        *Printed name and title*

## ATTACHMENT A

### Property to be Searched

The property to be searched is **3209 S 79th E Ave, Room# 121, Tulsa, OK**, Tulsa County, Northern District of Oklahoma. This location is a hotel room located on the interior wall on the southeast side of the building.

The property to be searched includes a brown exterior door with a RFID lock.

The property to be searched also includes any persons on the premises that could conceal firearms or dangerous narcotics.



## ATTACHMENT B

### Particular Things to be Seized

All items that constitute evidence, instrumentalities, contraband, and/or fruits of violations of Title 21, United States Code, Sections 846 and 841(a), including:

a. Documents showing ownership of real or personal property;

b. United States Currency or items reflecting drug proceeds;

c. Books, records, receipts, notes and other papers relating to the trafficking of narcotics even though these documents may be in code or in a different language other than English or in electronically stored data;

d. Contraband, including controlled substances, proceeds of drug sales, records of drug transactions, drug sources, drug customers, and other tangible items evidencing the obtaining, secreting, transfer and/or concealment of assets and/or money obtained through or used in the transportation, distribution, and sale of narcotics, including but not limited to drug or money ledgers, buyers lists, seller lists, recording of sales and any corresponding records of account receivable, money paid or received, drugs supplied or received, cash received to be paid for controlled substances or intended to be paid for controlled substances, whether in paper form or electronically stored data on computer discs, cellular telephones, or other storage media;

e. Items of personal property tending to establish the existence of a narcotics conspiracy including but not limited to personal telephone bills, photographs and documents and other items reflecting names, addresses, telephone numbers, and communications;

f. Paraphernalia for distributing, packaging and weighing narcotics. Equipment and materials used in the building or using concealed compartments;

g. Articles of personal property tending to establish the ownership of the property in question, including telephone, rent receipts, keys, utility company receipts, papers, documents, letters and cancelled mail envelopes;

h. Records of mail and communication services for cellular telephones and other communication devices which evidence the participation in a conspiracy to distribute narcotics;

i. Records and items reflecting travel for the purpose of participation in drug trafficking including passports, airline tickets, vehicle rental receipts, credit card receipts, hotel and restaurant receipts, cancelled checks, maps and records of long distance calls reflecting domestic and foreign travel;

j. Any and all appointment calendars;

k. Bank statements, loan applications, money drafts, letters of credit, money orders, cashier's checks, bank checks, safety deposit box keys, vault keys, safes, any and all documents relating to banking activities and other

financial transactions including the purchase of real estate and documents showing ownership of real estate;

l.  Records relating to employment, wages earned and paid and other compensation records.  Records relating to local, state and federal personal and business income, sales and service taxes, including but not limited to, computations, notes and records used for tax purposes;

m. Evidence of proceeds including items relating to maintaining, secreting, gathering or liquidating drug proceeds, particularly:  financial records of withdrawals, funds of transfers, purchases, sales, transfers of assets or consolidation of assets.  Liquid assets or evidence of them including currency, bank statements, money drafts, letters of credit, money orders, cashier's checks, pass books, precious metals and jewelry, and documents relating to safe deposit boxes, stocks, bonds and other financial instruments;

n.  Evidence of the expenditure of money for the purchase of vehicles or evidence establishing an ownership interest in vehicles, including certificates of title, vehicle tag records, photographs and receipts of vehicle transactions;

o.  Cellular telephones, not to include a search of electronic data stored therein;;

p.  Electronic memory chips or storage chips or SIM cards used in cellular telephones, computers and data storage devices including discs, drives,

CD's and DVD', not to include a search of electronic data stored therein; and

q. Firearms, ammunition, and articles associated with the possession, ownership and use of firearms including, boxes, receipts, holsters, clips, and equipment.

GPO U.S. GPO: 2022-420-142

FD-597 (Rev. 4-13-2015)

Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: 281C-OC-3882506

On (date) 9/8/2025

item (s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) N/A

(Street Address) 3209 S. 79th E Ave Room #121

(City) Tulsa, OK 74145

Description of Item (s):
1) Cricket cell phone
2) Motorola cell phone
3) Ziplock of suspected methamphetamine
4) Ziplock of receipts
5) 8 bundles of suspected methamphetamine
6) sack of suspected meth
7) Ziplock of multi knotted baggies containing suspected meth
8) knotted bag containing suspected cocaine

nothing further

Received By: _____
(Signature)

Received From: left at scene
(Signature)